IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDUARDO LIMON,<br>*Plaintiff,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 1:23-cv-00798<br><br>JURY TRIAL REQUESTED |
| WALMART, INC.,<br>*Defendant.* | §<br>§<br>§ | |

## NOTICE OF REMOVAL

Defendant **WALMART, INC.** (hereinafter "Defendant"), files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. Introduction

1. Defendant has filed its Civil Cover Sheets pursuant to Local Rule 3.1 and Local Rule 81.1. *See* **Exhibit A.**

2. On or about June 9, 2023, Plaintiff **EDUARDO LIMON** ("Plaintiff") initiated the state court lawsuit against Defendant in the 421st Judicial District Court of Caldwell County, styled *Eduardo Limon v Walmart, Inc.*; Cause No. 23-O-254 (the "State Court Action"). In the State Court Action, Plaintiff alleged a cause of action for premises liability against Defendant. In addition, Plaintiff seeks to recover damages for medical treatment paid or incurred in the past; medical treatment in the future; past and future pain and suffering; past and future mental anguish; physical disfigurement; past and future impairment; lost wages; and loss of past and future earning capacity. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B.**

3. The attorneys involved in the action being removed are listed as follows:

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Eduardo Limon - Plaintiff | Ryan Toomey<br>Texas Bar No. 24081178<br>RAMOS JAMES LAW, PLLC<br>P.O. Box 164171<br>Austin, TX 78716<br>Phone: 512-537-3369<br>Fax: 512-253-4512<br>Email: ryan@ramosjames.com |
| Walmart, Inc. – Defendant | Brett H. Payne<br>Texas Bar No. 00791417<br>WALTERS, BALIDO & CRAIN, L.L.P.<br>9020 N. Capital of Texas Highway<br>Building I, Suite 170<br>Austin, Texas 78759<br>Phone: 512-472-9000<br>Fax: 512-472-9002<br>Email: paynevfax@wbclawfirm.com |

4.   The name and address of the court from which the case is being removed is as follows:

> 421st Judicial District Court
> The Honorable Chris Schneider
> 1703 S Colorado Street
> Lockhart, Texas 78644
> Phone: (512) 398-1807

### B. The Notice Of Removal Is Timely

5.   Defendant's agent was served with citation and a copy of Plaintiff's Original Petition on or about June 14, 2023. *See* **Exhibit C**. Pursuant to 28 U.S.C. § 1446(b), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable.

### C. Complete Diversity & Amount In Controversy Is Over the Threshold

6.   Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff

Eduardo Limon was, and is still, a resident of Caldwell County Texas.

7.  A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Defendant Wal-Mart, Inc. is now, and was at all times relevant hereto, an incorporated entity under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Defendant's corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312.

8.  Accordingly, for diversity purposes, Walmart, Inc. is a citizen of Delaware and Arkansas. *MidCap Media Fin., L.L.C.*, 929 F.3d at 314.

9.  In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

10. Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a). A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993). In the State Court Action, Plaintiff alleges he seeks "monetary relief over $1,000,000.00." See **Exhibit B**. Thus, the amount in controversy in the instant case meets the requirements for removal.

14. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit D**.

### D. Basis for Removal

15. Because this is a civil action of which the District Courts of the United States have

original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Further, because Plaintiff is a citizen and resident of Texas, Defendant's principal places of business are located in Arkansas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

### E. Filing of Notice with State Court

16. Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through his attorney of record and to the clerk of the state court action.

### F. Prayer

17. **WHEREFORE, PREMISES CONSIDERED,** Defendant Walmart, Inc. requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that it has such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

BY: /s/ Brett H. Payne
Brett H. Payne
Texas Bar Number 00791417
WALTERS, BALIDO & CRAIN, L.L.P.
Great Hills Corporate Center
9020 N. Capital of Texas Highway
Building I, Suite 170
Austin, Texas 78759
Phone: 512-472-9000
Fax: 512-472-9002
Email: paynevfax@wbclawfirm.com

**ATTORNEY FOR DEFENDANT**
**WALMART, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of July, 2023, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Ryan Toomey
RAMOS JAMES LAW, PLLC
P.O. Box 164171
Austin, TX 78716
Phone: 512-537-3369
Fax: 512-253-4512
Email: ryan@ramosjames.com

                                                          */s/ Brett H. Payne*
                                                          BRETT H. PAYNE