# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **EDUARDO LIMON,** *Plaintiff* § § § | |
| **v.** § § § | **Case No. 1:23-CV-00798-SH** |
| **WALMART, INC.,** *Defendant* § § | |

## FINAL JUDGMENT

On this day, the Court granted Defendant Walmart's Inc.'s Motion for Summary Judgment. Accordingly, the Court enters **FINAL JUDGMENT** in favor of Walmart. Pursuant to Federal Rule of Civil Procedure 54(d), the Court awards costs to Walmart as the prevailing party as provided in 28 U.S.C. § 1920.

The Court **FURTHER ORDERS** that all court settings are **CANCELED** and that the Clerk of Court **CLOSE** this case.

**SIGNED** on November 22, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1